# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN PAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  11-cv-456-JPG-PMF |
| ) | |
| CORE MINERALS OPERATING ) | |
| CO., INC., ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is a motion to strike an affirmative defense.  Plaintiff Stephen Payne is proceeding on a claim of negligence.  He challenges the sufficiency of the following affirmative defense, raised in the Amended Answer to the Amended Complaint:

> If Plaintiff was injured or damaged, which this defendant has denied and continues to deny, such was a result of the acts, omissions, or conduct of other persons or entities, for which this defendant is not responsible, which caused or contributed to cause plaintiffs alleged injuries and damages.

(Doc. No. 19).  Payne asserts that this vague effort to deflect responsibility fails to articulate facts supporting the necessary elements of a defense.  A response, due by September 7, 2011, is not on file.  Pursuant to Local Rule, the lack of a response may be considered as an admission to the merits of the motion.  SDIL-LR 7.1(c).

The Court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter.  Fed. R. Civ. P. 12(f).  While motions to strike are generally disfavored, they may be appropriate to remove "unnecessary clutter" from litigation.  *Heller Financial Inc. v. Midwhey Powder Co.*, 883 F.2d 1286, 1294 (7th Cir. 1989).

The Court agrees with Payne that the challenged sentence does not contain facts showing a basis for an affirmative defense. Specific facts are not necessary; the statement need only give fair notice of what the claim is and the grounds upon which it rests. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Even so, the factual allegations must be plausible; there must be enough specific information to raise a right to relief above the speculative level. *Id.* Because the affirmative defense does not contain enough factual information to satisfy federal pleading standards, it should be stricken.

IT IS RECOMMENDED that the motion to strike an affirmative defense (Doc. No. 20) be GRANTED. Paragraph 2 of the Affirmative Defenses should be stricken from Doc. No. 19.

**SUBMITTED:** September 28, 2011 .

    S/Philip M. Frazier
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**