UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN PAYNE,

    Plaintiff,

v.

CORE MINERALS OPERATING CO. INC.,

    Defendant.

Case No. 11-cv-456-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 24) of Magistrate Judge Philip M. Frazier recommending that the Court grant plaintiff Stephen Payne's motion to strike the defendant's affirmative defense that any injury to Payne was caused by third parties (Doc. 20).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 24), **GRANTS** the motion to strike (Doc. 20) and **STRIKES** paragraph 2 of the defendant's Affirmative Defenses (Doc. 19).

**IT IS SO ORDERED.**
**DATED:  November 28, 2011**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**