IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN PAYNE, | ) |
| Plaintiff, | ) |
| v. | )  NO. 11-cv-456-JPG-PMF |
| CORE MINERALS OPERATING CO., INC., | ) |
| Defendant/Third Party Plaintiff, | ) |
| v. | ) |
| EWM SERVICES, LLC. | ) |
| Third Party Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   October 25, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Brenda K. Lowe, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE